## ATTACHMENT 1

## COMPLAINT FORM
(for non-prisoner filers without lawyers)

FILED/REC'D
2023 MAY 30  A 10: 24
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE __Western__ DISTRICT OF __Wisconsin__

(Full name of plaintiff(s))

__Joseph Zbzc__

vs

(Full name of defendant(s))

__City of New Lisbon__

__City of Mauston__

__State of Wisconsin__

__Family of the attacker__

Case Number:

__23 CV 352 WMC__
(to be supplied by clerk of court)

A.  PARTIES

1.  Plaintiff is a citizen of __Wisconsin__ and resides at
    (State)

    __W7723 Sauernagel Rd, New Lisbon, Wi, 53950__
    (Address)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2. Defendant  City of New Lisbon, City of Mauston, State of Wisconsin
(Name)

is (if a person or private corporation) a citizen of _____
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

1. Some Officer threw an ice Bottle at my head

2. I must or Been Confused from getting knocked out in the Baptist Church. Where I believe an officer or subject threw an Ice Bottle at my head due to his Criminal Negalence Because he thought I disrespected the colors or some shit. I always stood for the Pledge of alegence. That Contributed to death.

10 years of torture, sexual harrassment.

3. They thought i disrespected the flag. Since i must of been confused by getting knocked out in the Baptist church and childhood accidents. That made me into a vegetable.

4 New Lisbon high School Mens Bathroom.

5. Criminally Neglent

C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

Zillion dollars

E.   JURY DEMAND

☐ Jury Demand - I want a jury to hear my case
             OR
☒ Court Trial – I want a judge to hear my case

Dated this 25th day of May 2023.

Respectfully Submitted,

_____
Signature of Plaintiff

608-547-1818
Plaintiff's Telephone Number

Joe21o2o2@gmail.com
Plaintiff's Email Address

W7723 Silvernagel Rd, New Lisbon, WI 53950
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.