IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSEPH ZLOZA,

    Plaintiff,

v.

    Case No. 23-cv-352-wmc

CITY OF NEW LISBON,
CITY OF MAUSTON,
STATE OF WISCONSIN, and
FAMILY OF THE ATTACKER,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for lack of jurisdiction.

s/ Deputy Clerk
Joel Turner, Clerk of Court

6/01/2023
Date